121 A.3d 956

**MIIX INSURANCE CO. in Rehabilitation GHS–Parkview Hospital, Petitioners**

v.

**Scott EPSTEIN, D.O. and Renee Marie Bender, D.O., Respondents.**

Supreme Court of Pennsylvania.

Aug. 21, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2015, the stay is **DISSOLVED,** and the Petition for Allowance of Appeal is **DISMISSED.**